EDWARD H. KUBO, Jr.        #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON         #4532
Chief, Violent Crime Section

WES REBER PORTER          #7698
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  541-2850
Facsimile:  (808)541-2958
E-mail:     wes.porter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 1 2 2005

at __1__ o'clock and __45__ min. __P__ M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. **CR05-00193 HG** |
| ) | |
| Plaintiff, ) | **INDICTMENT** |
| ) | |
| vs. ) | |
| ) | [18 U.S.C. § 922(g)(1)] |
| SHANE K. MARTINEZ, ) | |
| ) | |
| Defendant. ) | |
| ——————————————————) | |

**I N D I C T M E N T**

On or about April 25, 200*4* 5*µ*, in the District of Hawaii,

defendant SHANE K. MARTINEZ, having been a convicted of crime

punishable by imprisonment for a term exceeding one year, did

knowingly possess in and affecting commerce a firearm, to wit: a

Remington, model 870 Wingmaster, .12 gauge shotgun bearing Serial

Number 1215691V, and ammunition, to wit: one Federal brand .12

gauge shotgun shell and seven Winchester brand .12 gauge shotgun

shell, all in violation of Title 18, United States Code, Sections

922(g)(1) and 924(a)(2).

DATED: May 12, 2005, at Honolulu, Hawaii.

A TRUE BILL

/s/

_____

FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____

RONALD G. JOHNSON
Assistant U.S. Attorney

_____

WES REBER PORTER
Assistant U.S. Attorney