# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR05-00193JMS |
| CASE NAME: | USA v. Shane K. Martinez |
| ATTYS FOR PLA: | Beverly Sameshima for Leslie Osborne |
| ATTYS FOR DEFT: | Donna Gray |
| PROBATION OFFICER: | Lisa Jicha |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | FTR C5 |
| DATE: | 6/24/2008 | TIME: | 1:29-1:31:39pm |

COURT ACTION:  EP: Probable Cause Hearing - defendant present, in custody.

Defendant admits and stipulates to probable cause.  The court finds that probable cause for this violation exists.  Order to Show Cause Why Supervised Release Should Not Be Revoked set 7/3/08 at 10:30am before Judge Seabright.

Defendant is remanded to the custody of the USMS

Submitted by: Shari Afuso, Courtroom Manager