# MINUTES

CASE NUMBER: CR05-00193JMS

CASE NAME: USA v. Shane K. Martinez

ATTYS FOR PLA:

ATTYS FOR DEFT:

PROBATION OFFICER:

JUDGE: Kevin S. C. Chang          REPORTER:

DATE: 6/24/2008                   TIME:

COURT ACTION:  EO: Order to Show Cause Why Supervised Release Should Not Be Revoked set 7/3/08 has been moved to 6/30/08 at 2:00pm before Judge Seabright. Beverly Sameshima, Leslie Osborne, Donna Gray, Lisa Jicha and the USMS have been notified.

Submitted by: Shari Afuso, Courtroom Manager