# MINUTES

| | |
|---|---|
| CASE NUMBER: | CRIMINAL 05-00193JMS-01 |
| CASE NAME: | United States of America vs. Shane K. Martinez |
| ATTYS FOR PLA: | Leslie E. Osborne, Jr. |
| ATTYS FOR DEFT: | Donna M. Gray |
| U.S.P.O: | Lisa Jicha |
| JUDGE: J. Michael Seabright | REPORTER: Gloria Bediamol |
| DATE: 06/30/2008 | TIME: 2:00 - 2:20 |

COURT ACTION: Order to Show Cause Why Supervised Release Should Not Be Revoked:

Defendant present in custody with counsel Donna Gray.

Court read alleged violations of supervised release.

The defendant admitted to all 4 violations.

The Court finds that this is a Grade C violation, Criminal History IV.

The defendant addressed the Court.

Court will hold the violation in abeyance, continue supervised release, and amend condition of supervised release Special Condition No. 3:

That the defendant shall remain at the Federal Detention Center until a bed space becomes available at a long-term residential treatment center, such as the Sand Island Treatment Center.  At that time, the United States Marshals Service shall transport the defendant to the courthouse where he shall be released to a representative of the Office of the Federal Public Defender for transport to the treatment facility.  The defendant shall remain at the program until he receives a clinical discharge.

All other conditions are to remain in effect.

Ms. Gray to prepare Order.

Submitted by:  Dottie Miwa, Courtroom Manager