PETER C. WOLFF, JR. #2332
Federal Public Defender
District of Hawaii

DONNA M. GRAY     #4519
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850-5269
Telephone:  (808) 541-2521
Facsimile:  (808) 541-3545
E-Mail:     donna_gray@fd.org

Attorney for Defendant
SHANE K. MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | Cr. No. 05-00193 JMS |
| --- | --- | --- |
| | ) | |
| Plaintiff, | ) | ORDER AMENDING CONDITIONS |
| | ) | OF SUPERVISED RELEASE |
| vs. | ) | |
| | ) | DATE:     June 30, 2008 |
| SHANE K. MARTINEZ, | ) | TIME:     2:00 P.M. |
| | ) | JUDGE:    J. Michael Seabright |
| Defendant. | ) | |
| | ) | |

## ORDER AMENDING CONDITIONS OF SUPERVISED RELEASE

       IT IS HEREBY ORDERED that Shane K. Martinez's terms of

Supervised Release be amended to add a special condition that he participate in a

long-term residential treatment center, such as the Sand Island Treatment Center. The defendant shall remain at the program until he receives a clinical discharge.

This Court will continue to hold in abeyance any decision to take action on the previously ruled upon violations of Supervised Release and will allow Mr. Martinez to be released from custody and returned to Supervised Release status in order to participate in the treatment program.

ACCORDINGLY IT IS HEREBY ORDERED THAT Shane K. Martinez be released from custody by the U.S. Marshals Office upon availability of a bed space at a long-term residential treatment center, such as the Sand Island Treatment Center, to a representative of the Office of the Federal Public Defender to be escorted to the available treatment center. Mr. Martinez shall remain in treatment at said available treatment center until he receives a clinical discharge.

IT IS APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii, July 2, 2008.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge

APPROVED AS TO FORM ONLY:

/s/ Leslie Osborne
for BEVERLY A. SAMESHIMA
Assistant United States Attorney

*United States v. Shane K. Martinez*, Cr. No. 05-00193 JMS; Order Amending Conditions of Supervised Release