PETER C. WOLFF, JR. #2332
Federal Public Defender
District of Hawaii

DONNA M. GRAY        #4519
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850-5269
Telephone:  (808) 541-2521
Facsimile:   (808) 541-3545
E-Mail:      donna_gray@fd.org

Attorney for Defendant
SHANE K. MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) Cr. No. 05-00193 JMS |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER |
|  | ) AMENDING CONDITIONS OF |
| vs. | ) SUPERVISED RELEASE |
| SHANE K. MARTINEZ, | ) |
| Defendant. | ) |

**STIPULATION AND ORDER AMENDING
CONDITIONS OF SUPERVISED RELEASE**

IT IS HEREBY STIPULATED AND AGREED by and between the

parties herein that the conditions of Defendant Shane K. Martinez's Supervised

Release be amended to allow him to participate in the residential treatment

program provided by the **Salvation Army Adult Rehabilitation Center**, located at 322 Sumner Street, Honolulu, Hawaii 96817. The defendant shall remain at the program until he receives a clinical discharge.

All other conditions of supervised release remain in effect.

IT IS SO STIPULATED:

DATED:  Honolulu, Hawaii, July 30, 2008

/s/ Leslie E. Osborne, Jr.
LESLIE E. OSBORNE, JR.
Attorney for Plaintiff
UNITED STATES OF AMERICA

/s/ Donna M. Gray
DONNA M. GRAY
Attorney for Defendant
SHANE K. MARTINEZ

/s/ Fituina F. Tua
FITUINA F. TUA
United States Probation Officer

IT IS APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii, July 31, 2008.



Kevin S.C. Chang
United States Magistrate Judge

*United States v. Shane K. Martinez*
Cr. No. 05-00193 JMS
STIPULATION AND ORDER AMENDING CONDITIONS OF SUPERVISED RELEASE